E-FILED
Wednesday, 22 September, 2004  04:47:18 PM
Clerk, U.S. District Court, ILCD

LONDRIGAN, POTTER & RANDLE, P.C.
Attorneys at Law

| | | |
|---|---|---|
| Thomas F. Londrigan | 1227 South Seventh Street | Timothy J. Londrigan |
| James R. Potter | Post Office Box 399 | - - - |
| Craig A. Randle | Springfield, IL 62705 | James T. Londrigan (of counsel) |
| Alexandra de Saint Phalle | Telephone: (217) 544-9823 | - - - |
| Dennis R. Atteberry | Facsimile: (217) 544-9826 | Joseph A. Londrigan (1919-1970) |
| Douglas J. Quivey | www.lprpc.com | James E. Londrigan (1923-1975) |
| | alex@lprpc.com | |

September 22, 2004

**VIA E-MAIL ONLY:** scott@ilcd.uscourts.gov

Honorable Jeanne Scott
United States District Court
 for the Central District of Illinois
151 U.S. Courthouse
600 East Monroe Street
Springfield, IL 62701

     RE:    Cincinnati Insurance Company v. Cree Development, et al.
               Case No. 3:03-CV-3166

Dear Judge Scott:

     We received the electronic notice of a docket entry dated September 9, 2004 in the above case. The September 9 docket entry states that this case is set for jury trial on December 6, 2004 and pretrial conference is set for November 19, 2004.

     This case is an insurance coverage dispute, by which each party seeks a declaration of their rights and obligations under the insurance policy issued by Cincinnati Insurance Company. The issues to be determined are issues of law, not fact. They are currently being briefed by the parties, and that process should be completed soon. Given the recent correspondence between the parties, it is probable that whichever way the court rules that no jury trial will be needed-- *i.e.,* if the court rules in favor of Cincinnati, the litigation will be at an end; or, alternatively, if the court rules in favor of the Cree defendants, it is probable that only issues as to the amount of their attorneys fees will remain and any disputes as to these issues are unlikely to require a jury trial.

     Given the foregoing, we were wondering if the court might consider revising the September 9, 2004 docket entry setting this matter for jury trial on December 6, 2004. Perhaps if a status hearing, rather than a pre-trial conference were held on November 19,

Judge Scott letter
September 22, 2004
Page 2 of 2

2004, then we could address whether anything is still at issue.

    Thank you for your consideration of this matter.

                             Respectfully submitted,

                             s/Alexandra de Saint Phalle

                             Counsel for Defendants, Cree Development Corporation, Henry Mitchell, Wanda Mitchell, Ronald Lance (deceased) and Joyce Lance

                             s/Hope G. Nightingale

                             Counsel for Plaintiff, Cincinnati Insurance Co.

cc:    Hope Nightingale (via e-mail: [nightingale@litchfieldcavo.com](mailto:nightingale@litchfieldcavo.com))