E-FILED
Friday, 24 September, 2004  10:51:17 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, ) | |
| an Ohio corporation, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 03-3166 |
| ) | |
| CREE DEVELOPMENT CORPORATION, ) | |
| INC., a Delaware corporation, HENRY ) | |
| MITCHELL, an individual, RONALD LANCE, ) | |
| an individual,  WANDA MITCHELL, ) | |
| an individual, JOYCE LANCE, an individual and ) | |
| MICHAEL D. POWELL, an individual, ) | |
|     Defendants. ) | |

**MOTION FOR LEAVE TO FILE A COMBINED
SURREPLY MEMORANDUM IN OPPOSITION TO CINCINNATI'S
MOTION FOR SUMMARY JUDGMENT AND REPLY TO CINCINNATI'S
OPPOSITION TO CREE'S MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, CREE DEVELOPMENT CORPORATION, INC., a Delaware corporation, HENRY MITCHELL, an individual, RONALD LANCE, an individual (deceased), WANDA MITCHELL, an individual, JOYCE LANCE, (hereinafter "Cree") by their attorneys, LONDRIGAN, POTTER & RANDLE, P.C. and pursuant to Central District of Illinois Local Rule No. 7.1(D)(4), requests leave of court to file the accompanying Combined Surreply and Reply to Cincinnati's Opposition to Cree's Cross Motion for Summary Judgment.  As grounds for this motion, the Defendants state:

    1.    Cincinnati Insurance Company ("Cincinnati")'s Reply and Opposition to

1

Cree's Motion for Summary Judgment brings up new matters, *e.g.*, an "arcane" legal doctrine of "mend the hold" (*see* **Houben v. Teluber Corp.**, 309 F.3d 1028, 1036 (7th Cir. 2002)) which Cree has not yet had an opportunity to respond to.

2. Since Cree has also filed a motion for summary judgment, it normally would be entitled to file a reply to Cincinnati's opposition to Cree's motion for summary judgment, under this Court's local rules, 7.1(D)(3). However, local Rule 7.1(D)(3) does not cover the instance of cross-motions for summary judgment. In the analogous instance of cross-appeals, the Federal Rules of Appellate Procedure generally permit a reply to a cross-appeal. *See* FRAP, No. 28(h).

3. Relief is further warranted because the possible unavailability of oral argument on the summary judgment motion pursuant to Local Rule 7.1(D)(4) may prevent Cree from having any opportunity to respond to Cincinnati's new arguments.

4. Cincinnati would suffer no prejudice in this matter because Cree has limited the accompanying reply strictly to a response to matters raised by Cincinnati. Cree has not raised any new matters in this reply.

WHEREFORE, Cree respectfully requests that the court permit it to file and consider the accompanying reply in opposition to Cincinnati's Motion for Summary Judgment and Reply to Cree's Motion for Summary Judgment. If the court denies this motion, Cree respectfully requests that this matter be set for oral argument pursuant to Local Rule 7.1(D)(4).

CREE DEVELOPMENT CORPORATION, INC., a Delaware corporation, HENRY MITCHELL, an individual, RONALD LANCE, an individual, WANDA MITCHELL, an individual, JOYCE LANCE, an individual and MICHAEL D. POWELL, an individual, Defendants,

By:     s/ Alexandra de Saint Phalle
ALEXANDRA de SAINT PHALLE, 0620815
Attorney for Defendants
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62703
Telephone: (217) 544-9823
alex@lprpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2004, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Hope G. Nightingale     nightingale@litchfieldcavo.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None

By:   s/ Alexandra de Saint Phalle
ALEXANDRA de SAINT PHALLE, 0620815
Attorney for Defendants
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
Post Office Box 399
Springfield, IL 62703
Telephone: (217) 544-9823
alex@lprpc.com

3