AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**CINCINNATI INSURANCE COMPANY,**
*an Ohio Corporation,*
        Plaintiff,

    vs.                          Case Number:   **03-3166**

**CREE DEVELOPMENT CORPORATION, INC.,**
*a Delaware Corporation;* **HENRY MITCHELL,** *an Individual;*
**WANDA MITCHELL,** *an Individual;* **RONALD D. LANCE,** *an*
*Individual;* **and JOYCE LANCE,** *an Individual,*
        Defendants.

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to an Order entered on November 15, 2004 by the Honorable Jeanne E. Scott, Cincinnati Insurance Company's Motion for Summary Judgment (d/e 24) is GRANTED,  and Defendants' Cross Motion for Summary Judgment (d/e 27) is DENIED.  This case is CL0SED.

                                        ENTER this 16th day of November, 2004

                                                    s/John M. Waters
                                                JOHN M. WATERS, CLERK

                                                     s/M. Stewart
                                               BY:  DEPUTY CLERK